DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. LIPSCOMB

No. 69P92

Case below: 105 N.C.App. 246

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. MARSHALL

No. 109P92

Case below: 105 N.C.App. 518

Petition by Attorney General for temporary stay allowed 24 March 1992.

STATE v. MATHIS

No. 126P92

Case below: 105 N.C.App. 402

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. McGEE

No. 57P92

Case below: 105 N.C.App. 106

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. PENN

No. 99P92

Case below: 105 N.C.App. 444

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.